```
LAWRENCE J. GORNICK, ESQ. (SBN 136290)
EMILY CHARLEY, ESQ. (SBN 238542)
LEVIN SIMES KAISER & GORNICK LLP
One Bush Street, 14th Floor
San Francisco, California  94104
Telephone     (415) 646-7160
Facsimile     (415) 981-1270
```

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LEWIS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., JOHNSON & JOHNSON COMPANY, AND JANSSEN PHARMACEUTICA PRODUCTS, L.P. A/K/A JANSSEN, L.P., A/K/A JANSSEN PHARMACEUTICA, L.P., A/K/A JANSSEN PHARMACEUTICA, INC., <br><br> Defendants. | Case No. C 06 1789 MMC <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> HON. MAXINE M. CHESNEY |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: March 29, 2006

**LEVIN SIMES KAISER & GORNICK LLP**

_____
Emily Charley
Attorneys for Plaintiff

Dated: March 31, 2006

IT IS SO ORDERED
Judge Maxine M. Chesney

VOLUNTARY DISMISSAL                                                                                       PAGE 1